**Daniel H. KING, Plaintiff–Appellant,**

**v.**

**Eric H. HOLDER, Jr., Attorney General; Charles E. Samuels, Jr.; Charles Ratledge, Defendants–Appellees.**

No. 14–7528.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2015.

Decided: March 2, 2015.

Daniel H. King, Appellant Pro Se.

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel H. King appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) (2012) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *King v. Holder,* No. 5:14–ct–03062–FL (E.D.N.C. Oct. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*